Sara L. Gabin, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Gale F. Farrester

FILED
APR 15 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GALE F. FARRESTER, | Case No. 08-710 KI |
| Plaintiff, | ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $4,718.69 are awarded to plaintiff (Farrester) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

DATED this _15_ day of _April_ 2009.

_____
UNITED STATES DISRCTIC COURT JUDGE

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES                Page 1